People v Giliforte (2023 NY Slip Op 01383)

People v Giliforte

2023 NY Slip Op 01383

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND OGDEN, JJ.

73 KA 20-00394

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
JASON F. GILIFORTE, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

LEANNE LAPP, PUBLIC DEFENDER, CANANDAIGUA, THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (LEAH N. FARWELL OF COUNSEL), FOR DEFENDANT-APPELLANT.
JAMES B. RITTS, DISTRICT ATTORNEY, CANANDAIGUA (V. CHRISTOPHER EAGGLESTON OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered November 15, 2019. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Same memorandum as in People v Giliforte ([appeal No. 1] — AD3d — [Mar. 17, 2023] [4th Dept 2023]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court